JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN HUU PHAM, | Case No. 5:26-cv-03169-MCS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. JOHNSON, *et al.*, | |
| Respondents. | |

    Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as Moot,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 8, 2026

*Mark C. Scarsi*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE